# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | NO. 10-018 |
| v. | : | |
| | : | CRIMINAL ACTION |
| AMIL GONZALES | : | NO. 07-636-4 |

## **O R D E R**

AND NOW, this 29th day of January, 2010, for the reasons set forth in the accompanying Memorandum, after consideration of the Section 2241 Petition of Amil Gonzales (Doc. No. 1 of C.A. No. 10-018 and Doc. No. 150 of Cr. No. 07-636-4), and the Government's opposition thereto (Doc. No. 3 of C.A. No. 10-018 and Doc. No. 149 of Cr. No. 07-636-4), it is hereby ORDERED that the petition is DISMISSED.

BY THE COURT:


  /s/ Gene E.K. Pratter
Gene E.K. Pratter
*United States District Judge*